# EXHIBIT A

EH101.tif
Not Actual Size, 75% of actual size

