# EXHIBIT C







$ 59.99
SIZE
US   2 4 6 **8** 10 12

061087 2 0083 09 0

1222/1

H&M

US/R7   0345312 001

**H&M**
www.HM.com

Grapevine Mills
3000 Grapevine Mills Parkway
Grapevine, TX 76051
1-855-HNM-SHOP

SA:   72274      Store: 120266 No.:   6584
Date:10/19/2015 Till:      4 Time:20:34

Suit jacket                      59.99
61087    8           Black

Net total                        59.99
                   Tax:           4.95

Total                          $64.94

Number of items:                    1

Received   Cash            $100.00

Back       Cash             $35.06

NOW OPEN.  SHOP HM.COM
Sign up for Fashion News at
www.hm.com/newsletter and
we'll be sure to keep you
updated on all of our special
offers and promotions.

Last date of refund: 11/18/2015

2 015101902660040658 4

EUR  36
US   8
UK   8
CN   165/88A
MX   8

Made in
China
Fabriqué en
Chine

$ 59.99

SIZE

US    2  4  6  **8**  10  12

061087  2  0083 09 0

1222/1

H&M

US/R7   0345312 001

H&M



**H&M**
www.HM.com

Grapevine Mills
3000 Grapevine Mills Parkway
Grapevine, TX 76051
1-855-HNM-SHOP

SA:   72274      Store: 120266 No.:   6584
Date:10/19/2015 Till:      4 Time:20:34

Suit jacket                           59.99
61087    8            Black
                              ---------------
Net total                             59.99
                      Tax:             4.95
                              ---------------

## Total
                                    $64.94

Number of items:                         1

Received   Cash           $100.00

Back       Cash            $35.06

NOW OPEN.  SHOP HM.COM
Sign up for Fashion News at
www.hm.com/newsletter and
we'll be sure to keep you
updated on all of our special
offers and promotions.

Last date of refund: 11/18/2015

2 015101902660040658 4