# EXHIBIT A

EH101.tif
Not Actual Size, 75% of actual size



# EXHIBIT B

## Certificate of Registration

45



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-770-400

**Effective date of
registration:**

February 14, 2011

## Title

**Title of Work:** Floral;

EH103,EH105,EH111,CEH113,EH123,EH132,CEH146,CEH147,EH149,EH157,CEH1
75,EH181,CEH182,EH183,EH185,CEH194,EH196,EH200,EH210 Ethnic;
EH101,EH102,EH106,CEH109,EH115,CEH116,EH119,EH120,EH125,EH133,EH142,
EH144

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 15, 2011

## Author

■   **Author:** UNICOLORS, INC. AKA UNICOLORS STUDIO

**Author Created:** 2-Dimensional artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** UNICOLORS, INC. AKA UNICOLORS STUDIO

3251 E. 26th STREET, Los Angeles, CA, 90058

## Certification

**Name:** NADER PAZIRANDEH

**Date:** January 28, 2011

Page 1 of 1

© 2015 MOD2 INC.

**Registration #:**  VA0001770400
**Service Request #:**  1-570056087



UNICOLORS, INC.
3251 E. 26th STREET
Los Angeles, CA 90058

# EXHIBIT C











**H&M**
www.HM.com

Grapevine Mills
3000 Grapevine Mills Parkway
Grapevine, TX 76051
1-855-HNM-SHOP

SA:   72274      Store: 120266 No.:  6584
Date:10/19/2015 Till:      4 Time:20:34


Suit jacket                          59.99
61087     8           Black

Net total                            59.99
                  Tax:                4.95

# Total
                                  $64.94

Number of items:                     1

Received    Cash             $100.00

Back        Cash              $35.06


NOW OPEN.  SHOP HM.COM
Sign up for Fashion News at
www.hm.com/newsletter and
we'll be sure to keep you
updated on all of our special
offers and promotions.

Last date of refund: 11/18/2015

2 015101902660040658 4