# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No.: | CV 16-02322-AB (SKx) |
| Title: | Unicolors, Inc. v. H & M Hennes & Mauritz, L.P. et al |

Date: December 5, 2017

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui/Patricia Cuneo |
|---|---|
| *Deputy Clerk* | *Court Reporters* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendants: |
|---|---|
| Scott A Burroughs | Staci Jennifer Riordan |
| Stephen M Doniger | Aaron M Brian |

Day Court Trial    1st         Day Jury Trial

One day trial:   √   Begun (1st day);   √   Held & Continued;   _____ Completed by jury verdict/submitted to court.

√   The Jury is impaneled and sworn.

√   Opening statements made by    √   Plaintiff and Defendant

√   Witnesses called, sworn and testified.    √   Exhibits Identified    √   Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    √   Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by    _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

√   Case continued to    Wednesday, December 6, 2017, at 9:00 am    for further trial/further jury deliberation.

√   Other:    The Court instructs the jury with the Opening Jury Instructions.  For the reasons stated on the record, the Court DENIES Defendant's Motion for Summary Judgment (Dkt. No. 80).

5   :   55

Initials of Deputy Clerk   CB