UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br>     Plaintiff, <br> vs. <br> H & M HENNES & MAURITZ, L.P., <br>     Defendant. | Case No. 2:16-cv-02322-AB-SK <br> **SPECIAL VERDICT FORM** |

# SPECIAL VERDICT FORM

*We, the Jury, answer the questions submitted to us in regard to Unicolors, Inc.'s claims in this action as follows:*

1. Do you find that Unicolors, Inc. owns a valid copyright of the artwork at issue?

   YES ___✓___        NO _____

*If your answer to Question 1 is "Yes" please proceed to Question 2.*
*If your answer to Question 1 is "No" please sign and date this form.*

2. Do you find that H&M Hennes & Mauritz L.P. infringed on the copyright of Unicolors, Inc. in the artwork by selling garments bearing a modified copy of Unicolors, Inc.'s artwork?

   YES ___✓___        NO _____

*If your answer to Question 2 is "Yes" please proceed to Question 3.*
*If your answer to Question 2 is "No" please answer Question 2a, and then sign and date this form.*

   2a. Do you find that H&M Hennes & Mauritz L.P. obtained the design on its garments from an entity that independently created the design?

   YES _____        NO _____

3. Do you find that the infringement by H&M Hennes & Mauritz L.P. was willful or reckless?

   YES ___✓___        NO _____

4. For what amount of profit disgorgement damages, if any, do you find H&M Hennes & Mauritz L.P. liable to Unicolors, Inc.?

  $ ~~■■■~~ 817,920

5. For what amount of Unicolors' actual damages, including lost profits, if any, do you find H&M Hennes & Mauritz L.P. liable?

  $ 28,800

*Please sign and date this form.*

DATED: 12/7/17        SIGNED:  REDACTED
                              U.S.D.C. PRESIDING JUROR

**<u>Please deliver this verdict form to the bailiff after it is completed and signed.</u>**

3

SPECIAL VERDICT FORM