# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>H&M HENNES & MAURITZ, LP; et al.,<br><br>Defendants. | Case No.: CV-16-02322 AB (SKx)<br>*Honorable André Birotte, Jr. Presiding*<br><br>**[PROPOSED]** JUDGMENT |

**THE COURT ORDERS AND ENTERS JUDGMENT FOR UNICOLORS AGAINST H&M AS FOLLOWS:**

1. Unicolors owns a valid copyright and registration for design EH101;
2. H&M is liable for the willful copyright infringement of Unicolors' design EH101;
3. Judgment is entered against H&M and in favor of Unicolors in the amount of two hundred and sixty-six thousand two hundred and nine dollars and thirty three cents ($266,209.33), which reflects solely domestic United States sales; and
4. Unicolors is the prevailing party in this action for purposes of 17 U.S.C. § 505 and is entitled to seek recovery of its costs and attorneys' fees pursuant to said section and Fed. R. Civ. P. 54(d)(1).

Dated: August 22, 2018    By: _____
UNITED STATES DISTRICT JUDGE
HONORABLE ANDRÉ BIROTTE JR.