# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., | Case No.: CV-16-02322 AB (SKx) |
| Plaintiff, | *Honorable Andre Birotté Jr.* |
| vs. | [~~PROPOSED~~] AMENDED JUDGMENT |
| H&M HENNES & MAURITZ, LP; et al., | |
| Defendants. | |

# [PROPOSED] AMENDED JUDGMENT

# THE COURT ORDERS AND ENTERS JUDGMENT FOR UNICOLORS, INC. ("UNICOLORS") AGAINST H&M HENNES & MAURITZ, LP ("H&M") AS FOLLOWS:

1. Unicolors owns a valid copyright and registration for design EH101;
2. H&M is liable for the willful copyright infringement of Unicolors' design EH101;
3. Judgment is entered against H&M and in favor of Unicolors in the amount of seven hundred eighty-thousand seven hundred seventy-four dollars and eighty cents ($780,774.80), which reflects (a) damages of two hundred sixty-six thousand two hundred nine dollars and thirty-three cents ($266,209.33) for solely domestic United States product sales, (b) attorneys' fees of five hundred eight thousand seven hundred nine dollars and twenty cents ($508,709.20), and (c) costs of five thousand eight hundred fifty-six dollars and twenty-seven cents ($5,856.27); and
4. Post-judgment interest is awarded against H&M as prescribed by law.

Dated: October 22, 2018    By: _____
UNITED STATES DISTRICT JUDGE
HONORABLE ANDRÉ BIROTTE JR.