JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>H & M HENNES & MAURITZ L.P., a New York Limited Partnership,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-02322 - AB - SK<br><br>Honorable André Birotte Jr.<br><br>[PROPOSED] JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 |

**THE COURT ORDERS AND ENTERS JUDGMENT AS FOLLOWS**:

　　Plaintiff Unicolors, Inc. having accepted the Offer of Judgment of H & M Hennes & Mauritz L.P., pursuant to Rule 68 of the Federal Rules of Civil Procedure, this Court now enters judgment as follows:

　　1.　　Judgment is entered against H & M Hennes & Mauritz L.P. and in favor of Unicolors, Inc. in the amount of one million dollars ($1,000,000), inclusive of all damages, disgorgement, penalties, legal fees, and costs of any kind including attorney fees and expert fees, and pre-judgment interest associated with this action.

2. Plaintiff has no further claim for damages, costs of suit, attorney fees, expert fees, or recovery of any kind in this action.

This action is hereby dismissed with prejudice.

Dated: September 6, 2023_____

_____
Honorable André Birotte Jr.
United States District Judge